JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDREA DILLARD,<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; SECURITY INDUSTRY SPECIALISTS, INC. WELFARE BENEFITS PLAN,<br><br>    Defendants. | Case No. 2:19-cv-00158 AB (MRWx)<br><br>(Honorable Andre Birotté Jr.)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)]**<br><br>[Filed concurrently with Stipulation]<br><br>Complaint Filed: January 8, 2019 |

## **ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: May 01, 2019

_____
HONORABLE ANDRE BIROTTÉ JR.
UNITED STATES DISTRICT JUDGE

1